| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) ECONOMUS, PETER C. | 2. Court or Organization U.S. DISTRICT COURT, OHIO | 3. Date of Report 4/18/07 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE – ACTIVE | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  X  Annual  ___ Final 5b. ___ Amended Report | 6. Reporting Period 1/1/06 to 12/31/06 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 BOARD OF TRUSTEES | BUTLER INSTITUTE OF AMERICAN ART |
| 2 | |
| 3 | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

# III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 2006 | OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | $ 27,971.16 |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

1

2

RECEIVED 2007 APR 25 A 9: 34 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| **X** | **NONE** (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **X** | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| **X** | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 AT&T, Inc. Common Stock | D | Div | M | T | Buy | 5/18 | L | | |
| 2 Citizens Communications Co., Common Stock | A | Div | E | T | Buy | 7/11 | E | | |
| 3 National City Corp. Common Stock | | | | | Sold | 4/17 | B | A | |
| 4 | | | | | Sold | 8/3 | M | C | |
| 5 Sky Financial Group Common Stock | A | Div | | | Sold | 5/17 | F | A | |
| 6 Butler Wick –Cash Equivalent Brokerage Account #1 | B | Int | K | T | | | | | |
| 7 Butler Wick –Cash Equivalent Brokerage Account #2 | A | Int | J | T | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>ECONOMUS, PETER C. | Date of Report<br><br>4/18/07 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The assets listed in Part VII, Lines 1 and 5 of my 2006 Report are not listed
in Part VII of this Report because (1) Bell South Corp. merged with AT&T Inc. and
(2) SBC Communications is now known as AT&T, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____4/18-07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544